**FILED**

APR 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMES BRADLEY VLHA, Defendant-Appellant. | No. 22-50281 D.C. No. 2:19-cr-00343-GW-2 Central District of California, Los Angeles ORDER |

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. TRAVIS SCHLOTTERBECK, Defendant-Appellant. | No. 22-50283 D.C. No. 2:19-cr-00343-GW-1 |

Before: GOULD, IKUTA, and FORREST, Circuit Judges.

This case is held in abeyance pending this court's decision in *United States v. Duarte*, No. 22-50048. This case is also removed from submission pending further order of the court.