**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50281 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2 |
| v. | Central District of California, Los Angeles |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |
| | |
| UNITED STATES OF AMERICA, | No. 22-50283 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

Before: GOULD, IKUTA, and FORREST, Circuit Judges.

The parties are ordered to submit simultaneous supplemental briefs addressing the effect, if any, of *United States v. Duarte*, --- F.4th ---, 2025 WL 1352411 (9th Cir. 2025) (en banc), and *B & L Productions, Inc. v. Newsom*, 104 F.4th 108 (9th Cir. 2024), *cert. denied*, --- S. Ct. ---, 2025 WL 1211774 (2025), on the issues presented in this case. Each supplemental brief shall be no longer than 15 pages and shall be submitted within 21 days of the date of this order. All briefs shall conform

to the format requirements of Rule 32(a)(4), (5) and (6), Federal Rules of Appellate Procedure. Parties who are registered for Appellate ECF must file the supplemental brief electronically. Parties who are not registered Appellate ECF filers must file the original supplemental brief plus seven paper copies. The stay of proceedings is lifted and this appeal shall proceed.